# Court of Appeals
# of the State of Georgia

ATLANTA,  February 03, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0772. JOSHUA C. BLANKENSHIP v. THE STATE.**

Joshua Cole Blankenship pled guilty to two counts of felony child molestation and two counts of misdemeanor aggravated child molestation. He later filed a motion to vacate his sentence, and we remanded the case for resentencing to comply with the "split-sentence" requirement of former OCGA § 17-10-6.2 (b). *Blankenship v. State*, Case No. A19A0192 (decided May 28, 2019). The trial court entered its order resentencing Blankenship on September 25, 2019, and Blankenship filed a notice of appeal on October 28, 2019. The State has filed a motion to dismiss the appeal as untimely. We agree that the appeal must be dismissed as untimely.

A notice of appeal must be filed within 30 days after entry of the order to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Here, Blankenship filed his notice of appeal 33 days after the trial court's order was entered.

Because Blankenship was represented by counsel before the trial court, he is informed of the following in accordance with *Rowland*, 264 Ga. at 875-876 (2): This appeal has been dismissed because you failed to file a proper and timely notice of appeal. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction. If the

trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

Accordingly, the State's motion is GRANTED and this appeal is hereby DISMISSED. The Clerk of Court is DIRECTED to send a copy of this order to Blankenship and to his attorney, and the latter also is DIRECTED to send a copy to Blankenship.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/03/2021
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____, *Clerk.*